**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| DAVE SCARDINA, individually and on behalf of a class, | ) ) ) | No. 11-cv-03149 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge George W. Lindberg |
| MIDLAND CREDIT MANAGEMENT, INC; MIDLAND FUNDING LLC; ENCORE CAPITAL GROUP, INC., | ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. | ) ) | |

**DEFENDANTS' AGREED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Midland Credit Management, Inc., Midland Funding LLC, and Encore

Capital Group, Inc. ("Defendants"), by their attorneys, Dykema Gossett PLLC, and for their

Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint, state as follows:

1.    Plaintiff's Complaint was filed on May 11, 2011. (Dkt. No. 1.) On or about

May 17, 2011, Defendants were served with the Complaint and Summons. (*See* Dkt.

Nos. 13-15.) Thus, Defendants' responsive pleading is due on June 7, 2011. (*See id.*)

2.    Counsel for Defendants was only recently retained, and requires additional time to

properly investigate the allegations, to formulate an appropriate response, and to discuss

settlement with Plaintiff's counsel.

3.    On May 26, 2011, Defendants' counsel communicated with Plaintiff's counsel

regarding this motion and Plaintiff's counsel has agreed to an extension of time through July 6,

2011, for Defendants to file their response to the Complaint.

4.    Therefore, Defendants request additional time, up to and including July 6, 2011,

to file their responsive pleading to Plaintiff's Complaint.

WHEREFORE, Defendants Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc., respectfully request this Court grant an extension of time, up to and including July 6, 2011, to file their responsive pleading to Plaintiff's Complaint and for any other further relief this Court deems just and appropriate.

Dated:  June 6, 2011

Respectfully submitted,

**MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC, and ENCORE
CAPITAL GROUP, INC.**

By:  s/ Renee L. Zipprich
Renee L. Zipprich (rzipprich@dykema.com)
James M. Golden (jgolden@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606
Phone: 312-876-1700
Fax:    312-627-2302

Theodore W. Seitz (tseitz@dykema.com)
DYKEMA GOSSETT PLLC
Capitol View
201 Townsend Street, Suite 900
Lansing, Michigan  48933
Phone: (517) 374-9100
Fax:    (517) 374-9191

2

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 6, 2011**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Daniel A. Edelman  (courtecl@edcombs.com)
Cathleen M. Combs  (ccombs@edcombs.com)
James O. Latturner  (jlatturner@edcombs.com)
Cassandra P. Miller  (cmiller@edcombs.com)
Curtis C. Warner  (cwarner@warnerlawllc.com)

s/_J. Richard Madamba_____ _____

CHICAGO\3284792.1
ID\JRMA - 097356/0999