# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DAVE SCARDINA, individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) | No. 11-cv-03149 |
| v. | ) ) | Judge George W. Lindberg |
| MIDLAND CREDIT MANAGEMENT, INC; MIDLAND FUNDING LLC; ENCORE CAPITAL GROUP, INC., | ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. | ) ) | |

**DEFENDANTS'** *CORRECTED* **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc. ("Defendants"), by their attorneys, Dykema Gossett PLLC, and for their Unopposed Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, state as follows:

1. On August 9, 2011, Plaintiff filed his Motion for Leave to Amend Complaint to Add Additional Count (Dkt. No. 40) which this Court granted on August 17, 2011. (Dkt. No. 42). Plaintiff's First Amended Complaint was filed on August 18, 2011. (Dkt. No. 43.) Thus, Defendants' responsive pleading is due on September 1, 2011.

2. Counsel for Defendants requires additional time to properly investigate the additional allegations and to formulate an appropriate response. On September 1, 2011, Defendants' counsel communicated with Plaintiff's counsel regarding this motion and Plaintiff's counsel does not oppose a short extension of time, through September 8, 2011, for Defendants to file their response to the First Amended Complaint.

3.     Therefore, Defendants request additional time, up to and including September 8, 2011, to file their responsive pleading to Plaintiff's First Amended Complaint.

WHEREFORE, Defendants Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc., respectfully request this Court grant an extension of time, up to and including September 8, 2011, to file their responsive pleading to Plaintiff's First Amended Complaint and for any other further relief this Court deems just and appropriate.

Dated:  September 2, 2011

Respectfully submitted,

**MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and ENCORE CAPITAL GROUP, INC.**

By:   s/ Renee L. Zipprich
Renee L. Zipprich (rzipprich@dykema.com)
Brett J. Natarelli (bnatarelli@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606
Phone: 312-876-1700
Fax:     312-627-2302

Theodore W. Seitz (tseitz@dykema.com)
DYKEMA GOSSETT PLLC
Capitol View
201 Townsend Street, Suite 900
Lansing, Michigan  48933
Phone: (517) 374-9100
Fax:     (517) 374-9191

## CERTIFICATE OF SERVICE

I hereby certify that on **September 2, 2011**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Daniel A. Edelman  (courtecl@edcombs.com)
Cathleen M. Combs  (ccombs@edcombs.com)
James O. Latturner  (jlatturner@edcombs.com)
Cassandra P. Miller  (cmiller@edcombs.com)
Curtis C. Warner  (cwarner@warnerlawllc.com)


                                          s/ _J. Richard Madamba_____

CHICAGO\3355727.1
ID\JRMA - 097356/0103