# Exhibit A

# Exhibit A

1

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION


 3
    DAVE SCARDINA, individually and ) Docket No. 11 C 3149
 4  on behalf of a class,           )
                                    )
 5               Plaintiffs,        )
                                    )
 6          vs.                     )
                                    )
 7  MIDLAND CREDIT MANAGEMENT, INC.,)
    et al.,                         ) Chicago, Illinois
 8                                  ) August 31, 2011
                 Defendants.        ) 10:40 o'clock a.m.
 9

10             TRANSCRIPT OF PROCEEDINGS - STATUS
            BEFORE THE HONORABLE GEORGE W. LINDBERG
11

12  APPEARANCES:

13
    For the Plaintiffs:       EDELMAN, COMBS, LATTURNER & GOODWIN
14                            BY:  MS. CASSANDRA P. MILLER
                                   MR. CURTIS C. WARNER
15                            120 S. LaSalle St., 18th Floor
                              Chicago, Illinois  60603
16

17  For the Defendants:       DYKEMA GOSSETT
                              BY:  MS. RENEE L. ZIPPRICH
18                            10 South Wacker Drive, Suite 2300
                              Chicago, Illinois  60606
19

20  Court Reporter:           MR. JOSEPH RICKHOFF
                              Official Court Reporter
21                            219 S. Dearborn St., Suite 1232
                              Chicago, Illinois  60604
22                            (312) 435-5562

23
              * * * * * * * * * * * * * * * * *
24
                     PROCEEDINGS RECORDED BY
25                    MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED BY COMPUTER
```

```
 1              THE CLERK:  11 C 3149, Scardina vs. Midland Credit.
 2              MS. ZIPPRICH:  Good morning, your Honor, Renee
 3   Zipprich here for the defendants.
 4              MS. MILLER:  Good morning, your Honor, Cassandra
 5   Miller on behalf of the plaintiff.
 6              MR. WARNER:  Good morning, your Honor, Curtis Warner
 7   on behalf of the plaintiff.
 8              THE COURT:  Okay.  Why don't you -- I have got
 9   extensive notes, but I would rather hear it from you.
10              Surely you have settled by now.
11              (Laughter.)
12              MS. ZIPPRICH:  No, but we've had some really good
13   conversations.
14              THE COURT:  That is good.
15              MS. ZIPPRICH:  Your Honor --
16              THE COURT:  Have they been about the case?
17              (Laughter.)
18              MS. ZIPPRICH:  About the case.  We were talking about
19   our summer.  That was a really pleasant conversation.  No.
20              Your Honor ordered the parties to get together and
21   have another Rule 37 conference, which was very productive.
22   We got together last week.  We came to some agreements on
23   discovery.  We agreed upon certain -- the scope of how we
24   would address class discovery.
25              I wasn't at the last hearing.  My colleague
```

1   Mr. Natarelli was here.  And he reported to me, when I was on
2   vacation, over the phone that there was a discussion about
3   sampling.  And it's really the best way to go about this sort
4   of discovery, because we just -- it would just take forever to
5   try to get to the relevant information if we didn't do a
6   sampling.  Counsel has agreed to a sampling.
7             And we have agreed to a number of other issues that
8   were on the table, but the biggest issue, I think, was the
9   class discovery.  I'm not sure if your Honor has had a chance
10  to review the plan that we submitted.  That was prepared by
11  plaintiffs' counsel.  We signed off on it.  It definitely
12  memorialized all of our agreements.
13            We are prepared to file a motion, if your Honor needs
14  to see something in writing.  But as was presented to your
15  Honor in the report, it's going to take us a good three months
16  to get through this sort of sampling because there's so many
17  different systems that we have to access on defendants' sites
18  in different locations to get the material.
19            And I'm not going to speak for counsel, but at the
20  meeting, it seemed acceptable to them.  And, so, we would just
21  ask your Honor to allow us that amount of time to get through
22  that class discovery and, then, resolve any other issues that
23  are on the table.
24            THE COURT:  Is that about it?
25            MS. MILLER:  We would leave it to the Court's

1  discretion as to whether or not to extend the deadline.
2  Obviously, we need the information to proceed forward with our
3  class certification motion. Counsel's represented that that's
4  the amount of time it would take, and we're moving forward on
5  that basis.
6          THE COURT: Let us have you back, then, on November
7  30th at 10:00 o'clock.
8          MS. ZIPPRICH: Great.
9          THE COURT: We will see where you are at that point.
10         MS. ZIPPRICH: Okay.
11         THE COURT: Thanks.
12         MS. ZIPPRICH: Thank you very much.
13         MR. WARNER: Just as a housekeeping matter, your
14 Honor, you do get to keep this case. Judge Kocoras denied the
15 motion to consolidate at 9:30 this morning.
16         MS. ZIPPRICH: Lucky you.
17         THE COURT: I am getting used to it.
18         (Laughter.)
19         MS. ZIPPRICH: There is still is a MDL motion
20 pending. So, there is still a chance that the cases --
21 unfortunately for your Honor, you might have four of these
22 cases consolidated in front of you. We'll find out in the
23 next month.
24         THE COURT: The more the merrier.
25         MS. ZIPPRICH: Okay. Thank you.

1          THE COURT: Thanks, counsel.
2                    *    *    *    *    *
3
4  I certify that the foregoing is a correct transcript from the
   record of proceedings in the above-entitled matter.
5
6
   /s/ Joseph Rickhoff                          September 1, 2011
7  Official Court Reporter