## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DAVE SCARDINA, individually and on behalf of a class, <br><br> Plaintiff, <br><br> vs. <br><br> MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING LLC, ENCORE CAPITAL GROUP, INC., <br><br> Defendants. | Case No. 11-cv-3149 <br><br> The Honorable George W. Lindberg <br><br> Magistrate Judge Jeffrey T. Gilbert |

## JOINT PROPOSED SCHEDULE

Pursuant to the Court's Orders of September 8, 2011 [DE 57] and August 31, 2011 [DE 46], the parties jointly propose following amended scheduling order:

- Written and oral discovery to be completed by January 16, 2012.

- Motion for class certification due by January 16, 2012. Responses due by February 6, 2012. Replies due by February 20, 2012. Ruling on any motion for class certification set for March 21, 2012 at 10:00 AM.

- Dispositive motions with supporting memoranda due by March 20, 2012. Responses due by April 10, 2012. Replies due by May 1, 2012. Ruling on any motion for summary judgment set for May 31, 2012 at 10:00 AM.

- Final Pretrial Order due by June 28, 2012, and to be submitted to chambers (not e-filed) by 2:00 PM on that date.

- Jury Trial set for July 19, 2012 at 10:00 AM.


Respectfully Submitted,

2

<u>/s/Cassandra P. Miller</u>
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

<u>/s/ Renee L. Zipprich</u>
*Counsel for Defendants*

Renee L. Zipprich
Theodore W. Seitz
Brett J. Natarelli
Dykema Gossett, PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606

CHICAGO\3360368.3
ID\BJN - 097356/0103

2